CHAMBER'S COPY

Jantra Van Roy
Robert Guttmann
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Defendants*
*Countrywide Home Loans, Inc. (s/h/a Countrywide Home Loan) and*
*WELLS FARGO BANK, N.A., as Trustee for the Benefit of the Certificate Holders of*
*Asset-Backed Pass-Through Certificates Series 2004-MCW1 (s/h/a Wells Fargo as Trustee)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IURY CHEN, ELLA CHEN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOAN and WELLS FARGO AS TRUSTEE,<br><br>Defendant. | Case No.: 08 CV 7108 (KMK) GAY<br><br>**Referred to Magistrate Judge George A. Yanthis** |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiffs and defendants herein that the above-captioned action be and the same is hereby dismissed in its entirety with prejudice; and

IT IS FURTHER STIPULATED AND AGREED, that each party shall bear its own costs and attorneys' fees; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order may be signed in counterparts and filed without further notice with the Court and that facsimile copies shall be deemed originals.

Dated: New York, New York
July ~~June~~ 21, 2010

BLEICHMAN & KLIEN

By: _____
Joshua Bleichman
Attorney for Plaintiffs
268 Route 49
Spring Valley, NY 10977
(845) 425-2510

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Jantra Van Roy
Robert Guttmann
Attorneys for Defendants
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SO ORDERED:

_____
George A. Gaulthier
U.S.M.J.

July 22, 2010

586260.01/2978.115

2